U.S. SECURITIES AND EXCHANGE COMMISSION
5670 Wilshire Blvd., 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3880
Facsimile: (323) 965-3816

Erica Y. Williams (*pro hac vice*)
Robyn R. Bender (*pro hac vice*)
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-4010
Telephone: (202) 551-4450
Facsimile: (202) 772-9246

Attorneys for Plaintiff U.S. SECURITIES AND EXCHANGE COMMISSION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**J. THOMAS TALBOT,** <br><br>　　　　Defendant. | Case No. CV 04-04556 MMM (PLAx) <br><br> FINAL JUDGMENT AS TO DEFENDANT J. THOMAS TALBOT |

The Securities and Exchange Commission (the "Commission") having filed a Complaint and Defendant J. Thomas Talbot ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)   to employ any device, scheme, or artifice to defraud;

  (b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

  (c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $67,881, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $26,916, for a total of $94,797.  Defendant shall satisfy this obligation by paying $94,797 within ten business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying J. Thomas Talbot as the defendant in this action; setting forth the title and civil action number of this action and the

name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Defendant shall simultaneously transmit photocopies of such payment and letter to Erica Y. Williams and Robyn Bender the Commission s counsel in this action, at U.S. Securities and Exchange Commission, Division of Enforcement, 100 F Street, NE, Washington, DC 20549.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $135,762 pursuant to Exchange Act Section 21A [15 U.S.C. § 78u-1].  Defendant shall make this payment within ten business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying J. Thomas Talbot as the defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and

specifying that payment is made pursuant to this Final Judgment.  Defendant shall simultaneously transmit photocopies of such payment and letter to Erica Y. Williams and Robyn Bender the Commission s counsel in this action, at U.S. Securities and Exchange Commission, Division of Enforcement, 100 F Street, NE, Washington, DC 20549.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  April 10, 2009

_____
UNITED STATES DISTRICT JUDGE

5